Prepared by State Reporter from Appeal Papers

FANNY GOLDING, as Administratrix of the Estate of
ABRAHAM GOLDING, Deceased, Respondent, *v.* NEW
YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — consignee of freight while picking up material
dropped while unloading car, which had been removed, struck by
another car backed upon track.*

*Golding* v. *New York Central R. R. Co.,* 218 App. Div. 840, affirmed.
(Argued March 1, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered December 10, 1926, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for the death of plaintiff's intestate alleged to have been
occasioned through the negligence of defendant. Intes-
tate, while engaged in unloading a car of kindling wood
consigned to himself and others at one of defendant's
freight yards, was informed by the conductor of a switch
engine that he was going to " pull the track." Intestate
came out of the car, which was not completely unloaded,
and it and other cars were removed. When the track
was clear, intestate proceeded to pick up wood that had
fallen alongside the track during the process of unloading
and while thus engaged was struck by one of a string of
cars which were backed onto the track and received
injuries resulting in his death.

*Jacob Aronson* and *Alexander S. Lyman* for appellant.
*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.